UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
**F I L E D**

JUL 08 2020

AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INFORMATION NO. 7:20-CR-12-REW
21 U.S.C. § 846

**WILLIAM CHAD PERRY and**
**KAYLA NICOLE WHITE PERRY**

\* \* \* \* \*

**THE UNITED STATES ATTORNEY CHARGES:**

On or about a date in June 2016, the exact date unknown, and continuing through on or about September 7, 2018, in Pike County, in the Eastern District of Kentucky,

**WILLIAM CHAD PERRY and**
**KAYLA NICOLE WHITE PERRY**

did conspire together and with others to knowingly and intentionally distribute controlled substances, to include a quantity of pills containing oxycodone, a quantity of pills containing hydrocodone, and a quantity of pills containing methadone, all Schedule II controlled substances, in violation of 21 U.S.C. §841(a)(1), all in violation of 21 U.S.C. § 846.

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

## PENALTIES

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**If prior felony drug conviction:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

**PLUS:**     Mandatory special assessment of $100.

**PLUS:**     Restitution, if applicable.