Dear Honorable Judge Weir,                July 24, 2021

I am writing you to ask for a court appointed lawyer for compassionate release under the Cares Act. My name is Kayla Perry 23251-032, I am currently serving my time at FPC Alderson. I have 12 months served on a 38 month sentence, which is 39% of my GCT date. My risk factors include my BMI and I am a former smoker. I meet all the requirements for early release through the first step act/Cares Act.

My parents, who are the care givers to my two children while my husband and I are both incarcerated, have been pulled thin. My mother (63) who is a breast cancer survivor, hypertension, and my father (70) with his age, 2 knee replacements, hypertension doesn't get around like he used too. My children Jace (12) has ADHD and a sensory disorder requires daily medication and regular doctor follow ups. He has recently had eye surgery which also requires check up visits with his eye specialist. My other son Jett (9) has had to see a psychiatrist and therapist, at least one of them weekly and takes daily medication. On top of my parents not only taking care of themselves and my children during this pandemic, my

grandmother (80) has also had to move in with them because she has been terminally diagnosed with stage 4 lung cancer that has spread to the bone in her hip. She is basically bed ridden and needs constant care. So now not only is my mother caring for my children, she is being a full time caregiver to my grandmother. Taking her to all her appointments, chemo treatments and making sure she has everything she needs. Not only are my parents taking care of her physically, my father is now responsible for the care of his property, my property and my grandmothers. As you know, before I started my incarceration I was employed as a caregiver and I feel at this point in my grandmothers life I could be an asset to her and my family.

Since being incarcerated I have had zero incident reports. I have been at FPC Alderson since February 8, 2021, I have worked in the kitchen since March 22, 2021 and have worked my way up to a grade 1. I have completed the first step act classes Women of the 21st Century and Assert Yourself. I am currenty in the Threshold program and Healthier Me.

My husband will not be released until September 2023 so he will not be home to help during

this rough time. I have written my warden on July 1, 2021 requesting compassionate release on these grounds.

I look forward to hearing your response. Thank you for your time.

Sincerely,
Kayla Perry